**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Jean Burt,<br><br>    Plaintiff,<br><br>vs.<br><br>Goodwill Industries of Central Arizona,<br><br>    Defendant. | CV 12-2712-PHX-JAT<br><br>**ORDER** |

Plaintiff has filed a "motion for substitution of judge with affidavit." Doc. 40. Although the title says "with affidavit" the document does not actually contain an affidavit. Further, the document starts at paragraph 3, so it is possible some pages were not included.

28 U.S.C. § 144 applies when a party to a proceeding believes that the district judge "has a personal bias or prejudice either against him or in favor of any adverse party[.]" 28 U.S.C. § 144. "Section 144 expressly conditions relief upon the filing of a timely and legally sufficient affidavit." *United States v. Sibla*, 624 F.2d 864, 867 (9th Cir. 1980) (citations omitted). Specifically, the statute provides:

> The affidavit shall state the facts and the reasons for the belief that bias or prejudice exists, and shall be filed not less than ten days before the beginning of the term at which the proceeding is to be heard, or good cause shall be shown for failure to file it within such time. A party may file only one such affidavit in any case. ...

28 U.S.C. § 144. When a party files a timely and legally sufficient affidavit pursuant to section 144, the district judge "shall proceed no further therein, but another judge shall be assigned to hear such proceeding." *Id.*; *Sibla*, 624 F.2d at 867. However, "if the motion and

1  affidavit required by section 144 [are] not presented to the judge, no relief under section 144
2  is available." *Sibla*, 624 F.2d at 868.
3     As mentioned above, in this case Plaintiff failed to attach an affidavit.  Further,
4  Plaintiff failed to show why this motion was not filed within ten days of the case being
5  assigned to the undersigned.  The Court will give Plaintiff ten days to supplement her motion
6  to cure these deficiencies.  If Plaintiff fails to file the supplement, or files a supplement that
7  does not cure the deficiencies, the motion will be denied as procedurally defective.
8     Accordingly,
9     **IT IS ORDERED** that Plaintiff has leave to file a supplement to her motion (Doc. 40)
10 within 10 days.  Defendant's deadline to respond shall run from the filing of the supplement,
11 if any.
12    DATED this 20th day of June, 2014.

_____
James A. Teilborg
Senior United States District Judge

- 2 -